No. 66657.—Alfred Dunhill of London, Inc., et al. *v.* United States, protests 59/1490, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon traveling bags similar in use to leather traveling bags and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.